No. 455. Franklin-American Trust Co. *v.* St. Louis Union Trust Co. et al.

534

Argued February 18, 19, 1932. Decided May 31, 1932. *Per Curiam:* The writ of certiorari in this case is dismissed as improvidently granted. MR. JUSTICE BRANDEIS dissents from this order of the Court. *Mr. George B. Rose,* with whom *Messrs. D. H. Cantrell, J. F. Loughborough, A. W. Dobyns,* and *A. F. House* were on the brief, for petitioner. *Mr. Henry Davis,* with whom *Messrs. P. Taylor Bryan, George H. Williams,* and *Thomas S. Mc-Pheeters* were on the brief, for the St. Louis Union Trust Co., respondent. *Mr. Walter G. Riddick,* with whom *Mr. Charles T. Coleman* was on the brief, for Rorick, respondent.